# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TAVIA WAGNER,  
    Plaintiff,

CASE No.: 6:25-cv-00343-JA-RMN

vs.

TAVERN SQUARE PROPERTIES,  
LLC, and EINSTEIN AND NOAH CORP,  
d/b/a EINSTEIN BROS BAGEL #848,  
    Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Tavia Wagner, by and through the undersigned counsel, hereby notify the Court that Plaintiff and Defendants, Tavern Square Properties, LLC and Einstein and Noah Corp d/b/a Einstein Bros Bagel #848, have resolved the matters in controversy in this action between them. It is anticipated that Plaintiff will file a Notice of Voluntary Dismissal of the case.

**Dated June 25, 2025.**

                                                  By: /s/ Anthony T. Litsch III  
                                                Anthony T. Litsch III  
                                                1368 Turnbull Bay Road, Suite 303  
                                                New Smyrna Beach, FL 32168  
                                                Phone: (386) 409-7252  
                                                Email: bb_litsch4@att.net  
                                                Email: anthonytlitschiii@gmail.com  
                                                Florida Bar #0084437  
                                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2025, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record. Service will be made by other means to any party not signed up with the CM / ECF system.

By: /s/ Anthony T. Litsch III
Anthony T. Litsch III
Attorney for Plaintiff