# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TAVIA WAGNER,

    Plaintiff,

v.                                        Case No. 6:25-cv-343-JA-RMN

TAVERN SQUARE
PROPERTIES, LLC and
EINSTEIN AND NOAH CORP.,

    Defendants.
_____

## ORDER

The Court has been advised by the Plaintiff that the above-styled action has been settled. (*See* Notice of Settlement, Doc. 22).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on June 26, 2025.

                                                  JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
Counsel of Record